# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

162298 (41)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JAMES EDWARD WHITE,
          Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY,
          Defendant-Appellee.

SC: 162298
COA: 349812
Ct of Claims: 18-000219-MZ

_____/

     On order of the Court, the motion for reconsideration of this Court's March 30, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021

a0628

Clerk